

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00273-CV

**PROFESSIONAL SERVICES TECHNOLOGIES, LLC**
f/k/a The Helpful Computer Guy, LLC,
Appellant

v.

Christina **WHIPPLE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016-CV-05563
Honorable J. Frank Davis, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 28, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice